IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN C. MAGGART and<br>RITA MAGGART,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY<br>INC., JOHNSON & JOHNSON SERVICES,<br>INC., AND JOHNSON & JOHNSON, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:11-00254<br>JUDGE HAYNES |

## ORDER

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in <u>In re DePuy Orthopaedics, Inc., ASR HIP Implant Products Liability Litigation</u>, MDL-2197, the Clerk of this Court is directed to **ADMINISTRATIVELY CLOSE** this action and upon receipt of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the assigned transferee district court for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the 18 day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge