IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN C. MAGGART, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Case No. 3:11-cv-0254 |
| v. | ) Judge Haynes |
| | ) |
| DEPUY ORTHOPAEDICS, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Pursuant to the Conditional Transfer Order (CTO-26) of the Judicial Panel on Multidistrict Litigation, Docket No. 2197, this action is hereby transferred to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Northern District of Ohio.

It is so **ORDERED**.

ENTERED this the _20th_ day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge